# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIXTO LOYA SALCIDO,  |  Case No. 1:15-cv-00802 AWI DLB PC |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| I. VILLA, et al., | |
| Defendants. | |

Plaintiff Sixto Loya Salcido, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2015, and filed his complaint on May 4, 2015. The case was transferred from the Northern District of California on May 22, 2015.

On April 20, 2016, the Court screened the complaint and determined it failed to state a claim for relief under § 1983. Plaintiff was directed to file an amended complaint within thirty days.

On May 18, 2016, Plaintiff filed a motion to amend the complaint. However, rather than filing or submitting a proposed First Amended Complaint, Plaintiff drafted his motion as a continuation of his initial complaint. Plaintiff's continuation of his initial complaint is procedurally improper. As stated in the Court's screening order, the initial complaint has been dismissed, and Plaintiff must file a First Amended Complaint. The First Amended Complaint supersedes the original complaint, *Lacey v. Maricopa County*, 693 F.3d 896, 907 n.1 (9th Cir.

2012) (en banc), and it must be "complete in itself without reference to the prior or superseded pleading," Local Rule 220. In addition

     Accordingly, it is HEREBY ORDERED that:

     1.    Plaintiff is DIRECTED to file a First Amended Complaint within thirty (30) days, and the complaint must be complete in and of itself;

     2.    The Clerk's Office shall send Plaintiff a civil rights complaint form; and

     3.    If Plaintiff fails to file an amended complaint in compliance with this order, this action will be dismissed, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

Dated:   **June 1, 2016**                          **/s/ Sandra M. Snyder**
                                                                  UNITED STATES MAGISTRATE JUDGE